**MICHAEL E. FARNELL** (Oregon Bar No. 922996)
Email: mfarnell@pfglaw.com
**KRISTOPHER L. KOLTA** (Oregon Bar No.106442)
Email: kkolta@pfglaw.com
PARSONS FARNELL & GREIN, LLP
1030 SW Morrison Street
Portland, Oregon  97205
Telephone:	503-222-1812
Facsimile:	503-274-7979

   *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KERR CONTRACTORS OREGON, INC., an Oregon Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>        Defendant. | Case No. 3:19-cv-00267-SB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

   Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Kerr Contractors Oregon, Inc., by and

through its attorneys, Parsons Farnell & Grein, LLP, and defendant Travelers Property Casualty

Company of America, by and through its attorneys, Bullivant Houser Bailey PC, hereby stipulate

/ / /

/ / /

/ / /

/ / /

Page 1 –  **STIPULATION OF DISMISSAL WITH PREJUDICE**

and agree that all claims against defendant Travelers Property Casualty Company of America are dismissed with prejudice, with each party to bear its own costs.

DATED this 1st day of May, 2020

| | |
|---|---|
| s/Kristopher L. Kolta | s/Ronald J. Clark |
| **Michael E. Farnell**, OSB #922996 | **Ronald J. Clark**, OSB #880328 |
| E-mail:  mfarnell@pfglaw.com | E-mail:  ron.clark@bullivant.com |
| **Kristopher L. Kolta,** OSB #106442 | **Jacqueline Tokiko Mitchson,** OSB #145709 |
| E-mail: kkolta@pfglaw.com | E-mail: jackie.mitchson@bullivant.com |
| PARSONS FARNELL & GREIN, LLP | BULLLIVANT HOUSER BAILEY PC |
| 1030 SW Morrison | One SW Columbia Street, Suite 800 |
| Portland, Oregon 97205 | Portland, Oregon  97204 |
| Telephone: (503) 222-1812 | Telephone: (503) 228-6351 |
| Facsimile: (503) 274-7979 | Facsimile: (503) 295-0915 |
| | |
| *Counsel for Plaintiff, Kerr Contractors Oregon, Inc.* | *Counsel for Defendant, Travelers Property Casualty Company of America* |

Page 2 –   **STIPULATION OF DISMISSAL WITH PREJUDICE**

O:\10552001\0019 klk Stipulation of Dismissal.docx